50-22081

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHINNAH BROWN** | * | **CIVIL ACTION** |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION "     "** |
| **ACE AMERICAN INSURANCE COMPANY,** | * | |
| **EAN HOLDINGS, LLC d/b/a NATIONAL** | * | **JUDGE** |
| **CAR RENTAL and CORDELL S. VIEHWEG** | * | |
| | * | **MAG. DIV.** |
| | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF REMOVAL

TO:   The Judges of the United States District Court
      for the Eastern District of Louisiana

PLEASE TAKE NOTICE that defendant, EAN Holdings, LLC ("EAN"), by and through its attorneys, Salley, Hite, Mercer & Resor, LLC, hereby petitions the United States District Court for the Eastern District of Louisiana for removal of this case to the District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

EAN, by and through its undersigned counsel, states the following upon information and belief:

1. This case is presently pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Action No. 2015-02674, Division N, Section 8. The territory assigned to the United States District Court for the Eastern District of Louisiana under 28 U.S.C. §98 embraces Orleans Parish.

2. This Notice of Removal has been filed within 30 days after receipt by EAN, through service or otherwise, of a copy of the plaintiff's Petition for Damages, which was filed on March 23, 2015. A copy of the Citation and Petition for Damages was received by EAN on April 1, 2015, through CT Corporation, through its Registered Agent for Service of Process. *See* Service of CT Corporation, attached hereto as Exhibit "A." Therefore, this Notice of Removal is timely.

3. The Plaintiff filed this lawsuit on March 23, 2015, naming ACE American Insurance Company, EAN and Cordell S. Viehweg as defendants. Pursuant to 28 U.S.C. §1446(a) attached hereto as Exhibit "B" is a copy of all process, pleadings, and orders served upon EAN in the state court action.

4. Complete diversity exists along with the requisite amount in controversy, which under 28 U.S.C. §1332 grants this Court subject matter jurisdiction over this claim. More particularly, in her Petition for Damages, Plaintiff alleges she sustained damages as a result of an automobile accident that allegedly occurred on March 23, 2015, in Orleans Parish, Louisiana. See Petition for Damages, Paragraph III. More particularly, Plaintiff, Shinnah Brown, alleges wrongful death and survival action damages for the loss of her spouse, Kirtland A. Rush, Jr., who allegedly died as a result of the accident complained of therein. *See*: Petition for Damages. Plaintiff further alleges that

she is entitled to damages in excess of the amount required for a trial by jury, which is $50,000.00, and for federal jurisdiction, which is $75,000.00. *See*: Petition for Damages, Paragraph XI. While Plaintiff does not specifically itemize damages in her Petition for Damages, upon information and belief, and based upon the numerous specific injury allegations contained in the Petition for Damages, as well as the assertion that damages are in excess of the minimum requirements for a jury trial in Louisiana and for federal jurisdiction, it is clear that the amount in controversy herein also exceeds the sum of $75,000, exclusive of interest and costs, although EAN denies any such liability.

5.  According to the Petition for Damages, Plaintiff, Shinnah Brown, is domiciled in the Parish of Orleans, State of Louisiana.

6.  The Petition for Damages alleges that ACE American Insurance Company is a foreign insurance company authorized to do and doing business in the State of Louisiana.

7.  Upon information and belief, Ace American Insurance Company is, and at all relevant times has been, incorporated under the laws of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania

8.  The Petition for Damages alleges that EAN is a foreign limited liability company authorized to do and doing business in the State of Louisiana.

9.  EAN is a Delaware limited liability company operating under the trade name Enterprise Rent-a-Car. The sole member of EAN is Enterprise Holdings, Inc., a Missouri corporation with its principal place of business in St. Louis, Missouri. Neither EAN nor Enterprise Holdings, Inc. is domiciled in the State of Louisiana.

10. The Petition for Damages alleges that Cordell S. Viehweg is a person of full age of majority, and a resident of Chesapeake City, Virginia.

11      At the time of this filing, no Notice of Service has been returned as to Cordell S. Viehweg or ACE American Insurance Company. Accordingly, undersigned has been unable to determine whether these parties oppose or consent to this Notice of Removal.

12.     Simultaneously with the filing of this Petition, EAN has served the Notice of Removal on the plaintiffs and filed same with the Clerk of the state court.

WHEREFORE, defendant, EAN Holdings, LLC, respectfully prays that this Notice of Removal be deemed good and sufficient as required by law, and the above captioned matter be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and that this Court have and assume full and complete jurisdiction therefore issuing all necessary orders and granting all general and equitable relief to which Mover is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

Salley, Hite, Mercer & Resor, LLC
**DAVID P. SALLEY (TA 19770)**
**JAMES G. ALBERTINE III (35023)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828
dsalley@shmrlaw.com
jalbertine@shmrlaw.com

**BY:   /s/ James G. Albertine III**
**JAMES G. ALBERTINE III**
**ATTORNEYS FOR EAN HOLDINGS, LLC**

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 20th day of April, 2015, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/James G. Albertine III
JAMES G. ALBERTINE III