50-22081

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHINNAH BROWN | * | CIVIL ACTION |
| | * | NO. |
| VERSUS | * | |
| | * | SECTION "    " |
| ACE AMERICAN INSURANCE COMPANY, | * | |
| EAN HOLDINGS, LLC d/b/a NATIONAL | * | JUDGE |
| CAR RENTAL and CORDELL S. VIEHWEG | * | |
| | * | MAG. DIV. |

* * * * * * * * * * * * * *

### AFFIDAVIT OF FILING NOTICE OF REMOVAL IN STATE COURT

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned Notary, personally came and appeared:

JAMES G. ALBERTINE III

who, after being duly sworn, did depose and state that:

1)   That he is the attorney for EAN Holdings, LLC in the above-referenced action;

2)   That on the 20th day of April, 2015, he oversaw the filing with the Clerk of Court for the Civil District Court for the Parish of Orleans, a copy of the Notice of Filing

of Removal, Verification of same and a copy of the Notice of Removal; and

3) That the above is true and correct to the best of his knowledge, information and belief.

_____
JAMES G. ALBERTINE III

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
20 DAY April , 2015

_____
NOTARY PUBLIC

Marcelle P. Mouledoux
PRINTED NAME:
LA BAR # 30339