ATTORNEY'S NAME: Lawson, David   31496
AND ADDRESS:    909 Poydras Street, Suite 2000
                New Orleans   LA  70112

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2015 — 02674   2   DIVISION: N   SECTION: 8

BROWN, SHINNAH VERSUS ACE AMERICAN INSURANCE COMPANY ET AL

## CITATION

TO: EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS
C.T. CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE                LA   70808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   March 24, 2015

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL | On this ____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL |
| On EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL | On EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ ___/ ENTERED /___ PAPER        RETURN ___/___/___ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

**EXHIBIT B**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO.: 15-2674     DIVISION "N-8"

SHINNAH BROWN

VERSUS

ACE AMERICAN INSURANCE COMPANY,
EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL
AND CORDELL S. VIEHWEG

FILED: _____     _____
                                                                                            DEPUTY CLERK

**PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Shinnah Brown, a person of the full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who, with respect, shows the Court as follows:

I.

Plaintiff, Shinnah Brown, is the surviving spouse of decedent, Kirtland A. Rush, Jr., who was not survived by any children, and, therefore, she is the proper party plaintiff to bring the present action pursuant to La. Civ. Code Arts. 2315.1 and 2315.2.

II.

That made Defendants herein are: **ACE AMERICAN INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana; **EAN HOLDINGS, L.L.C., d/b/a NATIONAL CAR RENTAL**, a foreign limited liability company authorized to do and doing business in the State of Louisiana; and **CORDELL S. VIEHWEG**, upon information and belief, a person of the full age of majority and a resident of and domiciled in the County of Chesapeake City, State of Virginia. That Defendants are liable to Plaintiff jointly and/or in solido for the following:

III.

That on or about May 7, 2014 at approximately 11:00 a.m., Kirtland A. Rush, Jr. was operating his 2012 Honda CBR motorcycle in an easterly direction on Opelousas Avenue, near its intersection with Atlantic Avenue, in the Parish of Orleans, State of Louisiana.

IV.

That at approximately the same time and at the same location as referenced above, Defendant, Cordell S. Viehweg, was operating a 2014 Dodge Journey, with the permission and consent of its owner, Defendant, EAN Holdings, L.L.C. d/b/a National Car Rental, in a southerly direction, on Atlantic Avenue, near its intersection with Opelousas Avenue, in the Parish of Orleans, State of Louisiana.

V.

That at approximately the same time and at the same location as referenced above, Defendant, Cordell S. Viehweg, suddenly and without warning and without first checking to see if it was safe to do so, attempted to proceed through the intersection of Atlantic Avenue and Opelousas Avenue without yielding to oncoming traffic and caused a serious collision between his vehicle and the vehicle operated by Kirtland A. Rush, Jr.

VI.

The aforesaid collision sued on herein was the fault of, and proximately caused by Defendant, Cordell S. Viehweg, in the following non-exclusive respects:

  a. By failing to yield and striking Kirtland A. Rush, Jr.'s vehicle;

  b. By violating New Orleans City Ordinance Sec. 154-482;

  c. By failing to maintain reasonable and proper control of said vehicle upon a public road;

  d. In operating the vehicle under his control in a reckless and negligent manner;

  e. By failing to see what should have been seen; and

  f. All other acts of fault which were the cause of the collision sued upon and will be shown at the trial of this matter.

VII.

Subsequent to the collision, Kirtland A. Rush, Jr. was carried by ambulance to the LSU Interim Public Hospital where the physicians treated him medically for his excruciatingly and extremely painful injuries until his death on May 10, 2014 at approximately 4:00 a.m.

VIII.

As a result of Kirtland A. Rush, Jr.'s untimely death, and particularly under the circumstances thereof, his wife, Shinnah Brown, Plaintiff herein, suffered extreme grief, mental anguish and distress; and as a result of Kirtland A. Rush, Jr.'s death, Plaintiff,

ORRIS BART, L.L.C.
ATTORNEYS AT LAW
909 POYDRAS STREET
20TH FLOOR
NEW ORLEANS, LA
70112

...

Shinnah Brown, sustained an irreparable loss in being deprived of Kirtland A. Rush, Jr.'s companionship, support, love and affection.

IX.

Plaintiff, Shinnah Brown, shows that as a result of the aforesaid accident and resulting death of Kirtland A. Rush, Jr., she has sustained the following damages:

a. Grief, mental anguish, and stress from the loss of her husband;

b. Loss of consortium, services and society;

c. Loss of support;

d. Funeral expenses, including but not limited to any expenses associated with the burial of Charles Kirtland A. Rush, Jr. incurred either prior to or subsequent to the actual burial of Kirtland A. Rush, Jr.;

e. Hospital expenses;

f. Medical expenses;

g. All damages, including but not limited to, damages for injuries, medical expenses and funeral expenses incurred as a result of the death of Kirtland A. Rush, Jr., pursuant to LSA-C.C. Arts. 2315.1 and 2315.2; and,

h. Any and all damages as are reasonable in the premises.

X.

Plaintiff shows that at all times mentioned herein there was in full force and effect policies of insurance issued by Defendants, EAN Holdings, L.L.C. d/b/a National Car Rental and/or Ace American Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendant, Cordell S. Viehweg, from the type of liability asserted herein.

XI.

Plaintiff shows that the damages sued on herein exceed the jurisdictional limitation for a trial by jury and federal jurisdiction.

WHEREFORE, your Plaintiff, Shinnah Brown, prays that Defendants, Ace American Insurance Company, EAN Holdings, L.L.C. d/b/a National Car Rental and Cordell S. Viehweg, be served with a certified copy of this Petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Shinnah Brown, and against Defendants, Ace American Insurance Company, EAN Holdings, L.L.C. d/b/a National Car Rental and Cordell S. Viehweg, jointly and/or in solido, for damages as

ORRIS BART, L.L.C.
ATTORNEYS AT LAW
108 POYDRAS STREET
20TH FLOOR
NEW ORLEANS, LA
70112

are reasonable in the premises, said judgment to bear legal interest from the date of judicial demand until paid, and for all costs of these proceedings and for all general and equitable relief this Honorable Court may deem appropriate.

RESPECTFULLY SUBMITTED:

MORRIS BART, L.L.C.
909 POYDRAS STREET, SUITE 2000
NEW ORLEANS, LA 70112-4000
TELEPHONE: (504) 599-3279
FAX: (866) 335-0243
EMAIL: dlawson@morrisbart.com

BY: _____
DAVID T. LAWSON, LA BAR NO. 31496

**PLEASE PREPARE CITATION AND PETITION FOR SERVICE ON:**

ACE AMERICAN INSURANCE COMPANY
THROUGH THE HONORABLE SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

EAN HOLDINGS, L.L.C. d/b/a NATIONAL CAR RENTAL
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
C. T. CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LOUISIANA 70808

**PLEASE SERVE THROUGH THE LOUISIANA LONG-ARM STATUTE:**

CORDELL S. VIEHWEG
2938 CROSSINGS DRIVE
CHESAPEAKE, VIRGINIA 23321

**PLEASE SERVE THROUGH THE LOUISIANA NON-RESIDENT MOTORIST ACT:**

CORDELL S. VIEHWEG
THROUGH THE HONORABLE SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

A TRUE COPY
Regina Crockett
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

ORRIS BART, L.L.C.
ATTORNEYS AT LAW
909 POYDRAS STREET
20TH FLOOR
NEW ORLEANS, LA
70112